UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JANE DOE,<br><br>                      Plaintiff(s),<br><br>        v.<br><br>JAMES CRUZ,<br><br>                      Defendant(s). | 24-CV-00989 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

       Plaintiff opened this action on February 9, 2024, under the pseudonym "Jane Doe." ECF No. 1. To date, Plaintiff has not filed a motion to proceed pseudonymously, as Plaintiff was required to do. *See Sealed Plaintiff v. Sealed Defendant*, 537 F.3d 185, 188–89 (2d Cir. 2008) (explaining that parties must receive Court approval to file pseudonymously, as the requirement to name all parties in a complaint "cannot be set aside lightly."). Plaintiff shall, by **February 16, 2024**, seek leave from the Court to file this case under a pseudonym.

       SO ORDERED.

Dated: February 12, 2024
       New York, New York

                                          DALE E. HO
                                United States District Judge